UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | BKY No.: 10-44428 |
| Lynn E. Baker, | Chapter 7 |
| Debtor. | |

---

| | |
|---|---|
| R. J. Zayed, Receiver, | |
| Appellant | Civil No.: 10-cv- 3791 MJD |
| vs. | |
| Lynn E. Baker, | |
| Appellee. | |

---

### APPELLANT'S REPLY STATEMENT
---

R. J. Zayed, Receiver and Appellant, filed and served his Appellant's Brief on September 14, 2010 in accordance with the Court's briefing schedule. Appellee Lynn E. Baker has filed no brief or other response in this appeal. Therefore, the Receiver stands by the arguments made in the Appellant's Brief and submits no reply memorandum.

2

|  |  |
|---|---|
| | **LEONARD, O'BRIEN**<br>**SPENCER, GALE & SAYRE, LTD.** |
| | s/ Andrea M. Hauser |
| Dated: October 11, 2010 | By: _____<br>Matthew R. Burton, #210018<br>Andrea M. Hauser, #207469<br>100 South Fifth Street, Suite 2500<br>Minneapolis, MN 55402<br>(612)332-1030<br>mburton@losgs.com<br>ahauser@losgs.com<br>Attorneys for R. J. Zayed, Receiver and Appellant |

428924